IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEVONTA ACKINS** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Case No. 18-cv-1261-JPG<br>) |
| **COMPTON,**<br>**SABO, and**<br>**BARBARA,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

## NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

Plaintiff Devonta Ackins filed this action pursuant to 42 U.S.C. § 1983 alleging that guards failed to protect him from an assault. (Doc. 1). In his Complaint, Plaintiff seeks monetary damages. (Doc. 1).

On June 12, 2018, this case was opened in the Southern District of Illinois without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). (Doc. 1) (Doc. 2). On June 12, 2018, the Clerk of Court sent Plaintiff a letter (Doc. 2) advising him that he must prepay the filing fee of $400.00 or file an IFP Motion within thirty (30) days (*i.e.*, by July 12, 2018). Plaintiff was clearly warned that failure to prepay the full filing fee or file an IFP Motion by July 12, 2018, would result in dismissal of this case. *Id.* Document 2 was mailed to Plaintiff at the address listed on the complaint and on file with the Clerk's Office in this action at the time – St. Clair County Jail. Attached to this letter was a form IFP Motion.

To date, Plaintiff has not paid the $400.00 filing fee for the action or filed a properly completed IFP Motion. The Court cannot allow this matter to linger indefinitely. The deadline set in Document 2 remains in effect.

Plaintiff is hereby **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **September 6, 2018**. The Clerk is DIRECTED send Plaintiff another form IFP motion.

Plaintiff is again **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order shall result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

DATED: August 16, 2018

<u>s/J. Phil Gilbert</u>
United States District Judge